ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

JUL 2 0 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                      ) Chapter 13
                                            )
JOHN T WILCOMB                              ) Case No. 04-57711 CN
                                            )
OLIVIA HERNANDEZ WILCOMB                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            )
            Debtors                         )
                                            )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471242 for an unclaimed dividend in the amount of $31.53. The name and address of the claimant entitled to the unclaimed dividend is as follows;

   Claim # 23     PATENAUDE & FELIX
                     4545 MURPHY CANYON RD
                     SAN DIEGO, CA 92123

Dated: July 16, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE