ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

AUG 1 0 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| JOHN T WILCOMB | ) Case No. 04-57711 CN |
| | ) |
| OLIVIA HERNANDEZ WILCOMB | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) |
| Debtors | ) |
| | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473114 for an unclaimed dividend in the amount of $42.04. The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 23        PATENAUDE & FELIX
                        4545 MURPHY CANYON RD
                        SAN DIEGO, CA 92123

Dated: August 04, 2010

DEVIN DERHAM-BURK, TRUSTEE